UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN ALDANA, | 1:06-cv-00987-LJO-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 17) |
| vs. | **ORDER DISMISSING AMENDED COMPLAINT AND ACTION** (Doc. 16) |
| JAMES YATES, et al., | |
| Defendants. | |

Plaintiff, Ruben Aldana ("plaintiff"), proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 9, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed October 9, 2007, are ADOPTED IN FULL; and,

2.   Plaintiff's amended complaint, filed May 9, 2007, is DISMISSED for failure to state a claim upon which relief can be granted, thus DISMISSING the action.

IT IS SO ORDERED.

**Dated:     December 27, 2007**                    /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE